IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| TERI ANN BLACK, THE PROVISIONAL ADMINISTRATRIX OF THE SUCCESSION OF BILLY WAYNE FITZGERALD, AS WRONGFUL DEATH BENEFICIARY OF KENNETH FITZGERALD, DECEASED, AND ON BEHALF OF OTHER WRONGFUL DEATH BENEFICIARIES | PLAINTIFF |
| V. | CAUSE NO. 2:20-cv-3-KS-MTP |
| JONES COUNTY VOLUNTEER FIRE DEPARTMENT COUNCIL, ANTHONY PITTS AND JOHN DOES 1-10 | DEFENDANTS |

**JOINT MOTION TO APPROVE SETTLEMENT AND
FOR JUDGMENT OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff, Teri Ann Black as the Provisional Administratrix of the Succession of Billy Wayne Fitzgerald, Deceased ("Plaintiff"), Defendants, Anthony Pitts and the Jones County Volunteer Fire Department Council (collectively "Defendants"), and Intervenor, Liberty Mutual Insurance Company, and submit this Joint Motion to Approve Settlement and for Judgment of Dismissal with Prejudice. In support of this Motion, the parties state as follows:

1. On or about January 14, 2019, Kenneth Fitzgerald was involved in an automobile accident that occurred at the intersection of Highway 28 and Highway 84, in Jones County, Mississippi, involving a vehicle driven by Anthony Pitts and owned by the Jones County Volunteer Fire Department Council ("JCVFD"). Mr. Pitts was acting within the course and scope of his employment with the JCVFD at the time of the accident. When the accident occurred, Kenneth Fitzgerald was acting in the course and scope of his employment with Deepwell Energy Service, LLC ("Employer").

1

2. On January 10, 2020, Billy Wayne Fitzgerald, filed this action as the wrongful death beneficiary of Kenneth Fitzgerald, alleging that Kenneth Fitzgerald died as a result of injuries sustained in the subject accident and asserting claims against Defendants. [Doc. #1]. At the time of the death of Kenneth Fitzgerald, Billy Wayne Fitzgerald was the sole wrongful death beneficiary of Kenneth Fitzgerald.

3. Billy Wayne Fitzgerald died after filing said Complaint. As such, the Succession of Billy Wayne Fitzgerald, Deceased, is the sole entity entitled to recover any wrongful death proceeds or other damages arising out of the death of Kenneth Fitzgerald, Deceased.

4. On January 13, 2020, the Thirty-Seventh Judicial District Court of Louisiana, Caldwell Parish, appointed Teri Ann Black as the Provisional Administratrix of the Succession of Billy Wayne Fitzgerald, Deceased. *See Petition for Appointment of Provisional Administrator, Order Appointing, and Letter of Provisional Administration,* attached hereto as **Exhibit "A"**. On May 25, 2020, Plaintiff filed a Motion to Substitute the Succession of Billy Wayne Fitzgerald as the proper party Plaintiff in place of the now deceased Billy Wayne Fitzgerald, which this Court granted on May 26, 2020. [Doc. #33].

5. As of the date of this Motion, Employer's workers' compensation insurance carrier, Liberty Mutual Insurance Company ("Carrier"), has paid $72,457.34 in workers' compensation benefits to or on behalf of Kenneth Fitzgerald. On February 21, 2020, Carrier filed an Intervening Complaint in this action seeking subrogation for any amounts paid to, for, and on behalf of Kenneth Fitzgerald pursuant to the workers' compensation laws of Mississippi. [Doc. #22].

6. Negotiations have been made for a complete compromise and settlement of any and all claims of Plaintiff against Defendants. Subject to the approval of this Court, Plaintiff has agreed to accept, and Defendants have agreed to pay, the sum of One Hundred Fifty Thousand Dollars

($150,000.00) to Plaintiff in complete compromise and settlement of any and all claims and demands of Plaintiff against Defendants and all other parties in privity with them. Further, Carrier has agreed to reduce its total subrogation lien in the amount of $72,457.34 and accept $36,229.00 from the settlement proceeds in complete compromise and settlement of its workers' compensation lien and to release Defendants and all other parties in privity with them from any further liability.

7. In return for the above-stated consideration, Plaintiff, on behalf of the Succession of Billy Wayne Fitzgerald, has agreed to execute a full, final, and complete release in favor of Defendants as to any and all claims of every nature, whether known or unknown, which Plaintiff might have against Defendants and all other parties in privity with them arising from the subject accident. Plaintiff has also agreed to execute a full, final, and complete release in favor of Employer and Carrier, thereby releasing them from any and all claims in which Plaintiff has or hereafter might have against them or other parties in privity with them for workers' compensation benefits or otherwise. Additionally, Plaintiff has agreed to dismiss with prejudice any claims she has or may ever have, on behalf of the Succession of Billy Wayne Fitzgerald, against Defendants arising out of the incident described herein.

8. Plaintiff presented this proposed settlement to the Thirty-Seventh Judicial District Court in Caldwell Parish, Louisiana in this action styled *"The Succession of Billy Wayne Fitzgerald"* on December 2, 2020, and the Thirty-Seventh Judicial District Court of Louisiana approved the terms of said settlement contingent upon proper approval of this Court. *See Motion for Authority to Settle Claim, Verification, and Order Granting Authority to Settle Claim,* attached hereto as **Exhibit "B"**.

9. Plaintiff represents that it would be in the best interest of the Succession of Billy Wayne Fitzgerald for the compromise settlement, as detailed herein and as presented to the Court,

3

to be approved and concluded, it being understood and provided that payment of such sum effects a full and complete release and compromise settlement of any and all claims and demands whatsoever on account of the injuries alleged herein by Plaintiff against Defendants, Employer, and Carrier and each and all of their agents, servants, employees, insurers, reinsurers, predecessors, successors, assigns, subsidiaries, or any other parties in privity with them, arising out of the subject accident on or about January 14, 2019. The extent of Plaintiff's entitlement to damages, if any, as a result of the subject accident is not capable of exact determination. Plaintiff states that the settlement proposed in this Motion is fair and equitable, and Plaintiff asks that the Court approve the settlement as proposed. Carrier further desires to settle all claims which Plaintiff might have against it or which they might have against Defendants as set forth in this Motion, and Carrier joins in this Motion and requests that the settlement be approved as outlined herein. All parties represent that the nature of the dispute in this case is such that the Court has authority to consider the settlement pursuant to the provisions of Miss. Code Ann. § 71-3-71.

**WHEREFORE, PREMISES CONSIDERED**, the parties respectfully request that the matters represented herein be investigated by the Court and that the Court enter an Order approving this compromise settlement as being in the best interest of the Succession of Billy Wayne Fitzgerald.

The parties further request that Plaintiff be authorized to accept from Defendants the sum of $150,000.00, on behalf of the Succession of Billy Wayne Fitzgerald, in full compromise, settlement, accord, and satisfaction of any and all claims and demands which Plaintiff may now or hereafter have against Defendants, Employer, Carrier, and all parties in privity of interest with them arising from the subject accident or death of Kenneth Fitzgerald, Deceased.

The parties further request that Carrier be authorized to accept the sum of $36,229.00 out of said settlement amount in full compromise, settlement, accord, and satisfaction of any claims Plaintiff may have against Employer and Carrier arising out of the workers' compensation laws of Mississippi, and in full compromise, settlement, accord, and satisfaction of Carrier's lien under the provisions of the Mississippi Workers' Compensation Act for benefits paid to Plaintiff pursuant to the Mississippi Workers' Compensation Act or otherwise, all in connection with the injuries sustained by Plaintiff as set forth in this Motion.

The parties further request that upon receipt of the aforementioned sum, Plaintiff will be authorized to execute and deliver such full and final releases, on behalf of the Succession of Billy Wayne Fitzgerald, as may be required by Defendants or Carrier evidencing her full release, discharge, and acquittance for the subject accident occurring on or about January 14, 2019.

The parties further request that upon receipt of the aforementioned sum, Carrier will be authorized to execute and deliver such full and final releases as may be required by Defendants evidencing their full release, discharge, and acquittance for benefits paid to Plaintiff pursuant to the Mississippi Workers' Compensation Act or otherwise on account of the subject accident occurring on or about January 14, 2019.

The parties further request that upon payment of the sums set forth above, any and all claims of Plaintiff against Defendants and all parties in privity of interest with Defendants be fully and finally released and dismissed; any and all claims of Carrier against Defendants and all parties in privity of interest with Defendants be fully and finally released and dismissed; Carrier be exonerated from further liability to Plaintiff pursuant to the Mississippi Workers' Compensation Act; and the Court enter a Final Judgment dismissing all claims in this case with prejudice.

The parties further request such other and general relief as may be proper under the circumstances.

Dated the 6th day of January, 2021.

Respectfully submitted,

**Teri Ann Black as the Provisional Administratrix of the Succession of Billy Wayne Fitzgerald, Deceased, Plaintiff**

By: /s/ Kyle R. Ketchings
James R. Moore, Jr. (MSB #3445)
Kyle R. Ketchings (MSB #105212)
COPELAND, COOK, TAYLOR AND BUSH, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, Mississippi 39158
jmoore@cctb.com
kketchings@cctb.com
*Attorneys for Plaintiff*

**Anthony Pitts and Jones County Volunteer Fire Department Council, Defendants**

By: /s/ George E. Abdo, III
George E. Abdo, III, Esq. (MSB #9782)
Daniel Coker Horton & Bell, P.A.
4400 Old Canton Road, Suite 400
Post Office Box 1084
Jackson, Mississippi 39215-1084
gabdo@danielcoker.com
*Attorneys for Defendants*

**Liberty Mutual Insurance Company, Intervenor**

By: /s/ S. Joel Johnson
S. Joel Johnson, Esq. (MSB #3151)
Johnson, Ratliff & Waide, PLLC
Post Office Box 17738
Hattiesburg, Mississippi 39404
jj@jhrlaw.net
*Attorney for Intervenor*