IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| TERI ANN BLACK, THE PROVISIONAL ADMINISTRATRIX OF THE SUCCESSION OF BILLY WAYNE FITZGERALD, AS WRONGFUL DEATH BENEFICIARY OF KENNETH FITZGERALD, DECEASED, AND ON BEHALF OF OTHER WRONGFUL DEATH BENEFICIARIES | PLAINTIFF |
| V. | CAUSE NO. 2:20-cv-3-KS-MTP |
| JONES COUNTY VOLUNTEER FIRE DEPARTMENT COUNCIL, ANTHONY PITTS AND JOHN DOES 1-10 | DEFENDANTS |

**AGREED ORDER GRANTING JOINT MOTION TO APPROVE
SETTLEMENT AND JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the Joint Motion of Plaintiff, Teri Ann Black as the Provisional Administratrix of the Succession of Billy Wayne Fitzgerald, Deceased ("Plaintiff"), Defendants, Anthony Pitts and the Jones County Volunteer Fire Department Council (collectively "Defendants"), and Intervenor, Liberty Mutual Insurance Company, to Approve Settlement and for Judgment of Dismissal with Prejudice pursuant to Miss. Code Ann. § 71-3-71. After having considered the motion and the evidence produced therewith, the Court finds the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff is hereby authorized to accept, on behalf of the Succession of Billy Wayne Fitzgerald, the sum of $150,000.00 from Defendants in full compromise, settlement, accord, and satisfaction of any and all claims and demands which Plaintiff may now or hereafter have against Defendants and all parties in privity of interest with them arising from the subject accident or death of Kenneth Fitzgerald, Deceased.

**IT IS FURTHER ORDERED AND ADJUDGED** that Liberty Mutual Insurance Company ("Carrier") is hereby authorized to accept the sum of $36,229.00 from the total settlement amount in full compromise, settlement, accord, and satisfaction of any claims Plaintiff may have against Carrier arising out of the workers' compensation laws of Mississippi, and in full compromise, settlement, accord, and satisfaction of Carrier's lien under the provisions of the Mississippi Workers' Compensation Act for benefits paid to Plaintiff pursuant to the Mississippi Workers' Compensation Act or otherwise, all in connection with the injuries and/or death of Kenneth Fitzgerald allegedly arising out of the subject accident.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is hereby authorized to execute and deliver a full and final release, on behalf of the Succession of Billy Wayne Fitzgerald, as may be required by Defendants or Carrier evidencing their full release, discharge, and acquittance for the subject accident occurring on or about January 14, 2019.

**IT IS FURTHER ORDERED AND ADJUDGED** that upon receipt of the aforementioned sum, Carrier will be authorized to execute and deliver such full and final release as may be required by Defendants evidencing its full release, discharge, and acquittance for benefits paid to Plaintiff pursuant to the Mississippi Workers' Compensation Act or otherwise on account of the subject accident occurring on or about January 14, 2019.

**IT IS FURTHER ORDERED AND ADJUDGED** that this matter be and the same is hereby fully, finally, and completely dismissed with prejudice with the parties to bear their own respective costs.

**SO ORDERED AND ADJUDGED** this the __7th__ day of January, 2021.

_s/Keith Starrett_
U.S. District Court Judge

AGREED AND APPROVED:

 */s/ Kyle R. Ketchings*
James R. Moore, Jr. (MSB #3445)
Kyle R. Ketchings (MSB #105212)
*Attorneys for Plaintiff*


 */s/ George E. Abdo, III*
George E. Abdo, III, Esq. (MSB #9782)
*Attorney for Defendants*


 */s/ S. Joel Johnson, Esq.*
S. Joel Johnson, Esq. (MSB #3151)
*Attorney for Intervenor*

3